| | |
|---|---|
| 1 | LAW OFFICES<br>**FULLER & STOWELL, P.C.** |
| 2 | STAPLEY PROFESSIONAL PLAZA<br>1116 E. Greenway, Suite 103 |
| 3 | Mesa, Arizona 85203-4399 |
| | Telephone   (480) 833-0709 |
| 4 | E-Mail  fspc1001@qwestoffice.net |
| 5 | Donald O. Fuller, SBN 002942<br>Randal L. Stowell, SBN 007513 |
| 6 | Attorneys for Joyce Carole Bond, Creditor |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE CARWASHER, INC. | ) | Chapter 11 |
| 324 N. Country Club Dr. | ) | |
| Mesa, Arizona 85201 | ) | |
| Maricopa-AZ | ) | Case No. 2:13-bk-13417-EPB |
| Tax ID/EIN: 86-0182068 | ) | |
| dba CARWASHER | ) | NOTICE OF APPEARANCE AND |
| fdba JOE'S CAR WASH | ) | REQUEST FOR NOTICE |
| | ) | |
| Debtors. | ) | |
| | ) | |

The law firm of Fuller & Stowell, P.C. by Randal L. Stowell gives notice of his appearance

as attorney of record for Creditor, Joyce Carole Bond, and  hereby requests that notice of all

proceedings and copies of all pleadings in the above entitled Chapter 11 proceeding be served upon

counsel as follows:

> Randal L. Stowell
> Fuller & Stowell, P.C.
> 1116 E. Greenway, Suite 103
> Mesa, Arizona 85203

Dated this 22nd  day of October, 2013.

1

FULLER & STOWELL, P.C.

2

By /s/ Randal L. Stowell
3
Randal L. Stowell
1116 E. Greenway, Suite 103
4
Mesa, Arizona 85203
Attorneys for Creditor,
5
Joyce Carole Bond

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2