IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA - (PHOENIX)

| | |
|---|---|
| In re:<br>**CARWASHER INCORPORATED THE**<br><br>Debtor | **In Proceedings Under:**<br>Bankruptcy Chapter 11<br>2:13-BK-13417-EPB<br><br>**ARIZONA DEPARTMENT OF REVENUE'S WITHDRAWAL OF PROOF OF CLAIM** |

The Arizona Department of Revenue hereby withdraws its Proof of Claim, dated 08/09/2013, in the amount of $451.13  A copy of the claim is attached hereto.

*Paula Shanahan*
Digitally signed by Paula Shanahan
DN: cn=Paula Shanahan, o=Arizona Department of Revenue, ou=Bankruptcy Unit, email=pshanahan@azdor.gov, c=US
Date: 2015.02.04 15:04:24 -07'00'

**Dated this 02/04/2015**

ARIZONA DEPARTMENT OF REVENUE

Bankruptcy and Litigation Section
1600 West Monroe Street
Phoenix, AZ 85007



## STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE

United States Bankruptcy Court for the District of Arizona - (Phoenix)
**ORIGINAL**

In the Matter of: **CARWASHER INCORPORATED THE**

Case Number 2:13-BK-13417-EPB
Chapter: Bankruptcy Chapter 11
Taxpayer ID 86-0182068
Tax Type WTH
Petition Date: 08/05/2013

| Total Priority: | $446.69 |
|---|---|
| Total General Unsecured: | $4.44 |
| **Amount Due as of this Statement:** | **$451.13** |

1. The undersigned is the agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The Debtor was at the time of the filing of the petition initiating this case, and still is, indebted to the State of Arizona.
3. The amount of all payments on this claim have been credited and deducted for the purpose of making this claim.
4. The grounds for the liability are for taxes due under the Arizona Revised Statutes.
   a. Secured Lien(s) in the event there is insufficient property for the lien to attach, all claims so entitled will be treated as priority under 11 USC Section 507(a)(8).

   b. Unsecured Priority under Section 507(a)(8) of the Bankruptcy Code

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| WTH | | 06/30/2013 | $444.14 | $0.00 | $2.55 | $446.69 |
| | | | | | **Total Section Priority:** | $446.69 |

   c. Amounts claimed as Priority under Section 1305
   d. Unsecured General Claims

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| WTH | | 06/30/2013 | $0.00 | $4.44 | $0.00 | $4.44 |
| | | | | | **Total General Unsecured:** | $4.44 |
| | | | | | **Amount Due as of this Statement:** | **$451.13** |

5. No note or other negotiable instrument has been received for the account or any part of it, except
6. No judgement has been rendered on this claim, except...
7. The Department may have a right to setoff. The Department does not waive such right.
8. Make checks payable to the "ARIZONA DEPARTMENT OF REVENUE".
9. All tax returns shall be filed directly with the Arizona Department of Revenue, Bankruptcy Section.

ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY LITIGATION SECTION
1600 West Monroe Street
Phoenix, AZ 85007

Signed: _____

Dated: 08/09/2013
ARIZONA DEPARTMENT OF REVENUE
Bankruptcy and Litigation Section

**ORIGINAL and ONE COPY FILED ON:**

**08/09/2013**

COPY of the foregoing mailed on:
02/04/2015

BLACK, KELLY  KELLY G. BLACK, PLC
1152 E GREENWAY ST, STE 4
MESA AZ 85203-4360

Attorney of Debtor

Debtor(s)