The Law Offices of
**Kelly G. Black, PLC**

1152 E Greenway St, Ste 4
Mesa, AZ 85203-4360
P 480-639-6719
F 480-639-6819
kgb@kellygblacklaw.com
Attorneys for Debtors The Carwasher, Inc. and Bajo Enterprises
By: Kelly G. Black, No. 016376

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In re: | Proceedings under Chapter 11 |
|---|---|
| **The Carwasher, Inc.**<br>**Bajo Enterprises**<br>**Raymond Coy Lindblom**<br>**Kathleen Lindblom**<br><br>Debtors. | 2:13-bk-13417-EPB<br>2:13-bk-13419-EPB<br>2:14-bk-01011-EPB<br><br>(Jointly Administered)<br><br>**Stipulation Resolving Objection to Motion to Assume Real Property Lease**<br><br>324 N. Country Club Dr.<br>Mesa AZ 85201<br><br>Assigned to: Honorable Eddward P Ballinger, Jr. |

On October 21, 2013, Debtors The Carwasher, Inc. ("Carwasher") and Bajo Enterprises ("Bajo," and collectively ("Debtors")) filed their Motion to Assume Real Property Lease (Doc 66, the "Motion"), seeking approval of the assumption of Carwasher's lease of its principal premises in Mesa and Bajo's assumption of its portion of that lease. Debtors served the Motion (Doc 69) and the accompanying Notice (Docs 67, 70). The only timely Objection (Doc 73) was filed by the Maricopa County Treasurer ("Treasurer").

Debtors and the Treasurer resolve the Objection on the following terms:

1. On October 21, 2013, Debtors filed an adversary action (Adv. No. 2:13-ap-01164) to determine or extend the scope of the automatic stay. The adversary action sought to bar tax lien foreclosures by holders of tax lien certificates ("C.P. Holders") with respect to parcels identified by Assessor's Parcel Nos. 135-59-036 (owned by non-debtor Paul L. Crandall but

Page 1

identified in the Treasurer's records under the name of Eleanor Gay Pew), 135-59-069 (owned by non-debtor Joyce Carole Bond) and 135-59-070 (also owned by Ms. Bond).

2. The adversary proceeding will be dismissed without prejudice.

3. Any future proceeding to determine or extend the reach of the automatic stay to include the parcels owned by non-debtors shall require service on the C.P. Holders.

4. The Motion, this stipulation, and the order entered thereon shall not be construed to impose or imply any stay with respect to the parcels owned by the non-debtor landlords, APN 135-59-036, 135-59-069, and 135-59-070 (the "Non-Debtor Parcels").

5. With respect to Bajo's parcel, APN 135-59-035, assumption of the lease does not affect the automatic stay arising from Bajo's petition for relief.

6. Debtors' assumption of the lease and Carwasher's indemnification of its landlords does not affect the non-debtor landlords' property tax obligations to the Treasurer or the tax obligations associated with the Non-Debtor Parcels in any way.

7. All tax lien redemption payments shall be made to the Treasurer, not to the C.P. Holders.

DATED this _____ day of April, 2014.

Kelly G. Black, PLC

_____
Attorney for Debtors
By: Kelly G. Black, No. 016376

William G. Montgomery
Maricopa County Attorney

_____
Attorney for Maricopa County Treasurer
By: Lori A. Lewis, No. 019285