SO ORDERED.

Dated: June 20, 2019

Eddward P. Ballinger Jr., Bankruptcy Judge
_____

THE CAVANAGH LAW FIRM
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Minute Entries:
edocket@cavanaghlaw.com

Philip G. Mitchell (SBN 010374)
pmitchell@cavanaghlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>**THE CARWASHER, INC., and**  X<br><br>**BAJO ENTERPRISES, and**  X<br><br>**RAYMOND COY LINDBLOM,**<br>**KATHLEEN LINDBLOM**<br><br>Debtors. | In Proceedings Under<br>Chapter 7<br><br>Case No. 2:13-bk-13417-EPB<br>Case No. 2:13-bk-13419-EPB<br>Case No. 2:14-bk-01011-EPB<br><br>(Jointly Administered under Case No. 2:13-bk-13417-EPB)<br><br>**ORDER AUTHORIZING SALE OF REAL AND PERSONAL PROPERTY FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363** |

This matter comes before the Court on a Sale of Real and Personal Property Free and Clear of Liens (the "Sale Motion"). The Sale Motion having been heard before the Court, this Court finds and concludes that the Sale Motion was properly noticed. The Court further finds and concludes that the sale of 324 North Country Club Drive, Mesa, Arizona 85204 to purchaser Las Salida, LLC is in the best interest of creditors and the estate.

Based on the business judgment of the Trustee, as supported by an affidavit of the Trustee, the pleadings filed, and the arguments of counsel before the Court:

**IT IS ORDERED** approving the sale of the bankruptcy estates interest in the

property generally located at 324 North Country Club Drive, Mesa, Arizona 85204 to Las Salida, LLC for $400,000.00 on the terms and conditions set forth in the Sale Motion.

**IT IS FURTHER ORDERED** authorizing the distribution of proceeds for the payment of ordinary closing expenses, closing costs set forth in the sale contract, recording fees, escrow fees, real estate taxes and prorations as set forth in the settlement statement.

**IT IS FURTHER ORDERED** authorizing escrow to release such funds from escrow as are necessary to satisfy the interest of the non-debtor owners of those portions of the property identified in the Sale Motion, pursuant to the terms of the Sale Contract.

**IT IS FURTHER ORDERED** authorizing Philip G. Mitchell, in his capacity as the Chapter 7 Trustee for the bankruptcy estates of The Carwasher, Inc., and Bajo Enterprises to sign such documents as are necessary to complete the sale approved herein.

**IT IS FURTHER ORDERED** that the balance of the proceeds attributable to the Carwasher, Inc. and Bajo Enterprises estates will be held by the Chapter 7 Trustee subject to further order of the Court.

**IT IS FURTHER ORDERED** that Las Salida, LLC shall hold the bankruptcy estates of Carwasher, Inc. and Bajo Enterprises interests in the properties free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. § 363(m).

**IT IS FURTHER ORDERED** that upon closing, the sale shall be final and without recourse of any kind against the estates or Trustee for any reason. The Owner's sale remedy post-closing shall be limited to claims against any policies of insurance obtained as post of the closing.

**IT IS FURTHER ORDERED** waiving the fourteen (14) day stay of Fed. R. Bankr. P. 6004(h) so that the sale may close immediately and without delay.

**DATE AND SIGNED ABOVE.**

LAW OFFICES
**THE CAVANAGH LAW FIRM, P.A.**
1850 NORTH CENTRAL AVENUE, SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000